No. 63938.—Seidler Cravats *v.* United States, protest 59/1320 (New York).

Opinion by Ford, J.  The protest was dismissed.

No. 63939.—Trans-World Shipping Corporation *v.* United States, protest 59/19172 (New York).

Opinion by Ford, J.  Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE THIRD DIVISION, MARCH 9, 1960

No. 63940.—Penson & Co. *v.* United States, protest 59/19357 (New York).

Opinion by Johnson, J.  In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63941.—Petrocelli & Segre, Inc. *v.* United States, protest 59/19885 (New York).

Opinion by Johnson, J.  In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63942.—Bar-Zel Expediters *v.* United States, protest 59/21771 (New York).

Opinion by Johnson, J.  In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63943.—Berkery, Inc., et al. *v.* United States, protests 58/6448, etc. (New York).

Opinion by Donlon, J.  In accordance with stipulation of counsel that the merchandise consists of tree fern products similar in all material respects to those the subject of *Nurserymen's Exchange* v. *United States* (41 Cust. Ct. 223, C.D. 2044), the claim of the plaintiffs was sustained.